UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-3305
_____

VERTIV, INC.; VERTIV CAPITAL, INC.; and GNARITIS, INC.,
Appellants

v.

WAYNE BURT PTE, LTD., and TGS MAHESH
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3:20-cv-00363)
District Judge: Honorable Georgette Castner
_____

Before: CHAGARES, *Chief Judge*, HARDIMAN and FREEMAN, *Circuit Judges*.
_____

**ORDER AMENDING OPINION**

It is hereby ordered that the Opinion filed on February 1, 2024, is amended as follows:

On Page 22, in the last sentence (which continues onto Page 23), the words "Wayne Burt" shall be changed to "Vertiv" such that the sentence will read: "Vertiv has presented no evidence to counter the District Court's finding about equal distribution of assets."

By the Court,

s/ Arianna J. Freeman
Circuit Judge

Dated: February 5, 2024
Tmm/cc: Robert T. Szyba, Esq.
Patrick T. Collins, Esq